1  PHILLIP A. TALBERT
   United States Attorney
2  PETE THOMPSON
   Acting Regional Chief Counsel
3  Oscar Gonzalez de Llano
   Special Assistant United States Attorney
4        Social Security Administration
         160 Spear Street, Suite 800
5        San Francisco, CA 94105
         Telephone: (510) 970-4818
6        Email: Oscar.Gonzalez@ssa.gov
   Attorneys for Defendant
7

8

9

10
                    UNITED STATES DISTRICT COURT
11
                    EASTERN DISTRICT OF CALIFORNIA
12

13  IRMA CASILLAS DE MAGANA,                No. 1:21-cv-01288-BAK (EPG)

14             Plaintiff,

15  v.                                      STIPULATED MOTION AND ORDER FOR
                                            AN EXTENSION OF TIME TO RESPOND TO
16  KILOLO KIJAKAZI,                        PLAINTIFF'S MOTION FOR SUMMARY
    Acting Commissioner of Social Security, JUDGMENT
17
               Defendant.                   (ECF No. 16)
18

19

20         IT IS HEREBY STIPULATED, by and between the parties through their respective

21  counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's

22  Motion for Summary Judgment be extended sixty-five days (65) days from August 8, 2022, to

23  October 12, 2022.  This is Defendant's first request for an extension.  Counsel for Plaintiff has no

24  objection to Defendant's request for an extension.

25         Good cause exists for this request.  Defendant respectfully requests this additional time

26  because Counsel for Defendant has and will be unable to devote the time required to complete

27  Defendant's response to Plaintiff's Motion for Summary Judgment given the current due date.

28

                                            1

1  Counsel for Defendant has been out of the office sick with COVID.  Counsel for Defendant also

2  has been and will continue to need to provide care for his son and daughter who also have

3  COVID and are currently unable to attend school or otherwise be cared for by another party.  In

4  addition, unscheduled sick leave and scheduled leave have resulted in increased workload and

5  competing deadlines.  Counsel for Defendant currently has fourteen (14) merit briefs currently

6  due in district court cases over the next 30 days.  Given this current situation and upcoming

7  scheduled leave in August (if even able to attend), an extension until October 12, 2022 should

8  provide an opportunity for the undersigned Counsel for Defendant to complete the response to

9  Plaintiff's Motion for Summary Judgment.  Furthermore, a reassignment of this matter to another

10  staff attorney is currently not tenable given the high volume of cases that all of our limited staff

11  (due to leave and resignations) is handling.  Counsel apologizes to the Court for any

12  inconvenience caused by this delay.  All other dates in the Court's Scheduling Order shall be

13  extended accordingly.

14

15                                     Respectfully submitted,

16                                     PHILLIP A. TALBERT
United States Attorney

17

18  DATE: July 25, 2022          By:   *s/ Oscar Gonzalez de Llano*
                                   OSCAR GONZALEZ DE LLANO

19                                     Special Assistant United States Attorney
Attorneys for Defendant

20

21                                     Respectfully submitted,

22                                     Attorneys for Plaintiff

23  DATE: July 25, 2022          By:   *s/ Jonathan O. Pena\**
                                   Jonathan O. Pena, Esq.

24                                     Pena & Bromberg, Attorneys at Law
(*as authorized by email)

25

26

27

28

1

**ORDER**

2

     Pursuant to Defendant's stipulated motion (ECF No. 16), IT IS ORDERED that

3

Defendant shall have an extension, up to and including October 12, 2022, to respond to Plaintiff's

4

motion for summary judgment. All other deadlines in the Court's scheduling order are extended

5

accordingly.

6

IT IS SO ORDERED.

7

8

    Dated:   **July 26, 2022**                /s/ *Eric P. Grou*

                                              UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3